IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TYLER ROUNTREE,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF MERIDIAN, IDAHO;<br>and MERIDIAN CITY FIRE<br>DEPARTMENT,<br><br>   Defendants. | Case No. CV 14-0342-BLW<br><br>ORDER FOR DISMISSAL<br>WITH PREJUDICE |

  The Stipulation for Dismissal with Prejudice having been presented to the Court, and good cause appearing therefor;

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear their own costs and attorney fees.

DATED: March 11, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER FOR DISMISSAL WITH PREJUDICE